NOV 19 2026 PM12:29
FILED - USDC - BPT - CT

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Caroline V. Besancon,
Plaintiff,

v.

Case No. ____________________
(To be supplied by the Court)

Bob's Discount Furniture,
Defendant(s).

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff resides at the following location: 9 Sunnyview Drive Redding, Ct 06896

2. Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: Bob's Discount Furniture, Inc. 434 Tolland Turnpike Manchester, CT 06042

3. This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

☒ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age. Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

My Year of Birth is: 1969.

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). ~~Id~~.

4. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) ☐ Failure to hire me. I was refused a job on the following date(s): ______________________.

(B) ☒ Termination of my employment. I was terminated from my employment on the following date: 12/22/2024.

(C) ☐ Failure to promote me. I was refused a promotion on the following date(s): ______________________.

(D) ☐ Other acts as specified below: ______________________

Several incidents of harassment and bullying were reported to Human Resources and ignored. I was blacklisted by management so that I could not find another job close to home. I was fired because I reported harassment by a coworker. The females were discriminated and treated differently than the males in the store. The management bullied, harassed and mistreated me as an employee and retaliated against me for trying to get help by firing me.

9. I filed charges with the:

- [x] Equal Employment Opportunity Commission
- [ ] Connecticut Commission on Human Rights and Opportunities

10. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: 08/27/26.

[**NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s). Failure to do so may result in delaying consideration of your claim(s).]

11. The EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: ______________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

12. If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13. WHEREFORE, Plaintiff(s) pray(s) that: The Court grant such relief as may be deemed appropriate, including [**NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

- [ ] Injunctive orders (specify the type of injunctive relief sought): __________ ______________________________________________________________;
- [ ] Backpay;

5. The conduct of the Defendant(s) was discriminatory because it was based upon: race [☐], color [☐], religion [☐], sex [☐], age [☐], national origin ☐ or disability [☐. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: ______________________________

______________________________

6. The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

-I was the #1 performer my first year. I was immediately targeted by management when they saw how well I was performing. I received an award for being #1 in Sales two weeks prior to being fired.

-Gender Disparity - Men were clearly treated differently and given special treatment (manager recommended Male salesperson in front of me and my customer, men could come and go as they pleased and would receive approval, woman would not, Men could wear whatever they chose without consequence, women would be sent home)

Retaliation - I reported multiple incidents to HR about bullying and harassment by management. I was told that fired for reporting incident. HR did not pull video footage to verify incident.

7. The approximate number of persons who are employed by the Defendant employer I am suing is: 5800.

8. The alleged discrimination occurred on or about the following date(s) or time period: 10/30/23-12/22/24.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at 9 Sunnyview Dr. Redding, Ct 06896 (location) on 11/18/26 (date).

Plaintiff's Original Signature

(Rev. 3/23/16)

☐ Reinstatement to my former position;

☑ Monetary damages (specify the type(s) of monetary damages sought): 300,000 + to be determined by court

☐ Other (specify the nature of any additional relief sought, not otherwise provided for on this form): ______________________________;

AND costs and attorneys' fees.

## JURY DEMAND

I hereby DO ☐ DO NOT ☑ demand a trial by jury.

| | |
|---|---|
| Original signature of attorney (if any) | **Plaintiff's Original Signature** |
| Printed Name and address<br>Pro Se | Printed Name and address<br>Caroline Besancon<br>9 Sunnyview Drive<br>Redding, CT 06896 |
| ( )<br>Attorney's telephone | (203) 240 2602<br>Plaintiff's telephone |
| Email address if available | Caroline8790@yahoo.com<br>Email address if available |

Dated: ______________

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Boston Area Office**

JFK Federal Building
15 New Sudbury Street, Room 475
Boston, MA 02203-0506
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Boston Direct Dial: (617) 865-3670
FAX (617) 565-3196
Website: www.eeoc.gov

8/27/2026

Caroline V. Besancon
9 Sunnyview Drive
Redding, CT 06896

| | |
|---|---|
| Charge Number: | 523-2025-01112 |
| Charging Party: | Caroline V. Besancon |
| Respondent: | Bob's Discount Furniture |

Dear Ms. Besancon:

The United States Equal Opportunity Commission (EEOC) issued the enclosed documents in the above referenced charges on the date reflected thereon. Specifically, on that date EEOC had mailed you an e-mail notification that EEOC had made a decision regarding the above-referenced charge and advised you to download a copy of the decision from the portal.
Our records indicate that you have not downloaded that document from the portal. For your convenience, a copy of that document is enclosed with this letter.

Sincerely,

X Marc P. Hawley

Marc P. Hawley
Office Automation Assistant

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Boston Area Office**
15 New Sudbury St, Room 475
Boston, MA 02203
(617) 865-3670
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 08/12/2026

**To:** Ms. Caroline V. Besancon
9 Sunnyview Drive
REDDING, CT 06896
Charge No: 523-2025-01112

EEOC Representative and email: ROBERT CREE
INVESTIGATOR
ROBERT.CREE@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 523-2025-01112.

On behalf of the Commission,

Arlean Nieto
08/12/2026

ARLEAN NIETO
ACTING DISTRICT DIRECTOR

**Cc:**
Tanya Bovee
Jackson Lewis
90 State House Square, 8th FL
Hartford, CT 06103

NA NA
Bob's Discount Furniture
428 Tolland Turnpike
MANCHESTER, CT 06040

Please retain this Notice for your records.

# INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court* ***under Federal law****. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 523-2025-01112 to the District Director at ARLEAN NIETO, 33 Whitehall St 5th Floor, New York, NY 10004.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 523-2025-01112 to the District Director at ARLEAN NIETO, 33 Whitehall St 5th Floor, New York, NY 10004.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

EEOC
Boston Area Office
JFK Federal Building, Room 475
15 New Sudbury Street
Boston, MA 02203

BOSTON MA 020
BOSTON MA 020
27 AUG 2026PM 7 L
27 AUG 2026PM 7 L

stamps
$0.78 0
US POSTAGE IMI
FIRST-CLASS
063S0002303539
FROM 02203
stamps

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300